IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA )
)
v )   DOCKET NO.: CR202-00032-001
)
Clifton Bernard Jones )

## ORDER

On October 31, 2002, the defendant pled guilty to possession with intent to distribute marihuana. On February 4, 2003, the defendant was sentenced to six (6) months imprisonment to be followed by three (3) years supervised release. It was the intention of the Court that the defendant be given credit for the time he served while on a federal writ; however, because the defendant had pending state charges in two jurisdictions (Glynn and Tift Counties, Georgia) the defendant was returned to state custody.

On April 6, 2004, the defendant was placed in the custody of the Bureau of Prisons after the disposition of his state charges and did not received any credit toward his sentence in the instant offense as the Court had intended.

On June 25, 2004, the Court issued an order awarding credit for the time the defendant served while on the federal writ. This order was misinterpreted by the Bureau of Prisons when the defendant's imprisonment sentence was calculated. As such, the Court hereby modifies its order of June 25, 2004, as follows:

The Court orders that the defendant be awarded credit towards his sentence in the instant offense from September 26, 2002, to February 4, 2003.

**SO ORDERED**, this 6th day of May, 2005.

_____
Judge, U.S. District Court

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

Clifton Bernard Jones

CASE NO. CR202-32

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 5/6/05, which is part of the official records of this case.

Date of Mailing: 5/6/05
Date of Certificate: 5/6/05

SCOTT L. POFF, CLERK

By: Nita Rose

NAME:
1. Clifton Bernard Jones  622 Livnston Court  Hinesville, GA 31313
2. Joe Newman/Fred Kramer/Karl Knoche
3. John Albert Dow III
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☑ District Judge
- ☐ ☑ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☑ U.S. Probation
- ☐ ☑ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds